IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DAEDALUS BLUE, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant. | Civil Action No. 6:20-cv-1152-ADA |

## CASE READINESS STATUS REPORT

Plaintiff, Daedalus Blue, LLC ("Daedalus Blue") and Defendant Microsoft Corporation ("Microsoft") hereby provide the following status report in advance of the initial Case Management Conference (CMC).

### FILING AND EXTENSIONS

Plaintiff's Complaint was filed on December 16, 2020. There has been one extension for a total of 46 days.

### RESPONSE TO THE COMPLAINT

Defendant filed an Answer to the Complaint on February 22, 2021. There are no counterclaims in Defendant's Answer.

### PENDING MOTIONS

There are no pending motions.

### RELATED CASES IN THIS JUDICIAL DISTRICT

There are no related cases in this judicial district.

### IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

### NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted 5 patents in this case: U.S. Patent Nos. 7,177,886; 7,437,730; 8,381,209; 8,572,612; and 8,671,132.

### APPOINTMENT OF TECHNICAL ADVISOR

At this time, Microsoft does not take a position as to the appointment of a technical advisor in this matter. Daedalus also does not take a position as to the appointment of a technical advisor at this time, but should the Court wish to appoint a technical advisor to this case, Daedalus respectfully requests the appointment of Dr. Joshua Yi.

### MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred. The parties have no pre-Markman issues to raise at the CMC.

Dated: March 9, 2021

Respectfully Submitted,

*/s/ Denise M. De Mory*

*/s/ Barry K. Shelton*

Denise M. De Mory (*Pro Hac Vice*)
Cal. Bar No. 168076
ddemory@bdiplaw.com
Jennifer L. Gilbert (*Pro Hac Vice*)
Cal. Bar. No. 255820
jgilbert@bdiplaw.com
Robin Curtis (*Pro Hac Vice*)
Cal. Bar No. 271702
rcurtis@bdiplaw.com
Gail Jefferson (*Pro Hac Vice*)
Cal. Bar No. 325874

Barry K. Shelton
Texas State Bar No. 24055029
SHELTON COBURN LLP
311 RR 320, Suite 205
Austin, TX 78734-4775
bshelton@sheltoncoburn.com
Tel: (512) 263-2165
Fax: (512) 263-2166

gjefferson@bdiplaw.com
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744

B. Russell Horton
State Bar No. 10014450
GEORGE BROTHERS KINCAID & HORTON, L.L.P.
114 West 7th Street, Ste. 1100
Austin, Texas 78701
(512) 495-1400 telephone
(512) 499-0094 facsimile
rhorton@gbkh.com

*Counsel for Plaintiff*
*Daedalus Blue, LLC*

Jared Bobrow (*Pro Hac Vice*)
(CA State Bar No. 133712)
Jacob M. Heath (*Pro Hac Vice*)
(CA State Bar No. 238959)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 614-7400
Fax: (650) 614-7401
jbobrow@orrick.com
jheath@orrick.com

*Counsel for Defendant Microsoft Corporation*

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 9th day of March 2021, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the ECF system and has been served on all counsel of record who are deemed to have consented to electronic service via the court's CM/ECF system.

                                                                        */s/ Denise M. De Mory*
                                                                        *Denise M. De Mory*