# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| DAEDALUS BLUE, LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-01152-ADA |
| | § | |
| MICROSOFT CORPORATION | § | |

## ORDER SETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MARKMAN HEARING** by Zoom on **Monday, October 18, 2021 at 03:30 PM**.

IT IS SO ORDERED this 5th day of October, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE